**No. 49230.**—Petition 6239–R of Marshall Field & Co. (Chicago).

Opinion by EKWALL, J. The petition was dismissed.

FEBRUARY 24, 1944

**No. 49231.**——Protest 806904–G of Hughes Tool Co. Plaintiff's application for rehearing denied.

FEBRUARY 28, 1944

**No. 49232.**—SUIT 4467.——*United States* v. *American Shipping Co.* C. D. 771. Appeal dismissed January 3, 1944.